IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| | ) Case No. 23-10548 (JKS) |
| DECURTIS HOLDINGS LLC, *et al.*,[1] | ) Adv. Pro No. 23-50413 (JKS) |
| | ) |
| Debtors. | ) |
| | ) |
| INVICTUS GLOBAL MANAGEMENT LLC, | ) |
| UNUMX, DECURTIS HOLDINGS LLC, and | ) |
| DECURTIS LLC | ) Civil Action No. 23-00919 (GBW) |
| | ) BAP No. 23-0041 |
| Appellants, | ) |
| | ) Civil Action No. 23-00970 |
| v. | ) Civil Action No. 23-00971 |
| | ) Civil Action No. 23-00972 |
| CARNIVAL CORPORATION, | ) Civil Action No. 23-00973 |
| | ) Civil Action No. 23-00979 |
| Appellee. | ) Civil Action No. 23-00981 |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING STAY OF DEADLINES**

This stipulation (the "Stipulation") is made by and among Alfred T. Giuliano, as the chapter 7 trustee (the "Trustee") of DeCurtis Holdings LLC and DeCurtis LLC (the "Debtors") and UnumX ("UnumX" and, collectively with Debtors, the "Appellants") and Carnival Corporation ("Carnival" or "Appellee" and together with Appellants, the "Parties") in connection with all seven of the above-captioned appeals.

WHEREAS, on October 4, 2023, this Court previously entered an Order approving the Parties' October 3, 2023 Stipulation to Stay of Mediation and Appellate Deadlines [Docket No. 22] in the above-captioned appeals for a period of twenty-days from the Court's Order;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number include: DeCurtis Holdings LLC (2384) and DeCurtis LLC (9241). The location of the Debtors' service address in these chapter 11 cases is 3208 East Colonial Drive, Suite C190, Orlando, FL 32803.

PHIL1\22949\0001\10717578.v1-10/24/23

2

WHEREAS, on October 13, 2023, this Court also entered an Order consolidating the bankruptcy appeals docketed at Civil Action Nos. 23-00919, 23-00970, 23-00971, 23-00972, 23-00973, 23-00-979, and 23-00981;

WHEREAS, Appellant Invictus Global Management, LLC stipulated to dismissal of bankruptcy appeals Civil Action No. 23-00970 (Docket No. 13) and Civil Action No. 23-00971 (Docket No. 13), which was granted by the Court on October 11, 2023, and thus Invictus Global Management, LLC is no longer a party to these appeals;

WHEREAS, the stay of deadlines pursuant to the Court's October 4, 2023 Order is set to expire on October 24, 2023;

WHEREAS, the Parties, by and through their undersigned counsel, have agreed to extend the current stay of the mediation and appellate deadlines in each of the above-captioned pending appeals while they continue settlement discussions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to the approval of the Court, as follows:

1. The foregoing recitals are incorporated herein.

2. Each of the above-captioned appellate cases pending in the District Court and any and all related mediation, motion practice, and briefing deadlines shall be stayed and continued for a period of thirty (30) days from the date the Court orders this stipulation.

3. For avoidance of doubt, the foregoing stay and continuance of appeal-related deadlines shall apply to Carnival's designations of additional items to be included in the record under Federal Rule of Bankruptcy Procedure 8009(a)(2) and Rule 8009-1 of the Local Rules for the U.S. Bankruptcy Court, District of Delaware.

4. The Parties are authorized to take all actions necessary to effectuate the relief granted pursuant to this Stipulation.

3

5. This Stipulation does not otherwise modify or affect the terms of this Court's Standing Order re: Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated July 19, 2023.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Stipulation, and the Parties hereby consent to such jurisdiction to resolve any disputes or controversies arising from or related to this Stipulation.

Dated: October 24, 2023

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **MCELROY, DEUTSCH, MULVANEY & CARPENTER** |

*/s/ Domenic E. Pacitti*
Domenic E. Pacitti (DE Bar No. 3989)
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 Market Street, Suite 1000
Wilmington, Delaware, 19801-3062
Telephone:  (302) 426-1189
Email:  dpacitti@klehr.com
            rbeck@klehr.com
            sveghte@klehr.com

-and-

Raniero D'Aversa
Michael Trentin
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York  10019-6142
Telephone:  (212) 506-5000
Email:  rdaversa@orrick.com
            mtrentin@orrick.com

-and-

Sheryl K. Garko
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, Massachusetts 02116
Telephone:  (617) 880-1800
Email:  sgarko@orrick.com

-and-

Steven J. Routh
T. Vann Pearce, Jr.
Diana M. Fassbender
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
Telephone:  (202) 339-8400

*/s/ David P. Primack*
David P. Primack (DE No. 4449)
300 Delaware Ave., Suite 1014
Wilmington, Delaware 19801
Telephone: (302) 300-4515
Facsimile: (302) 654-4031
Email: dprimack@mdmc-law.com-

*Counsel for UnumX*

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Bradford J. Sandler*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 N. Market Street, 17th Floor
Wilmington, Delaware 19801
Telephone:  (302) 652-4100
Email:  bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

Email:  srouth@orrick.com
       vpearce@orrick.com
       dszego@orrick.com

-and-

Robert L. Uriarte
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
355 S. Grand Ave., Ste. 2700
Los Angeles, California 90071
Telephone:  (213) 629-2020
Email:  ruriarte@orrick.com

*Counsel to Carnival Corporation*

                    SO ORDERED, this _____ day of October, 2023

                    _____
                    United States District Judge Gregory B. Williams